UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY P. SMITH,

    Petitioner,

v.

GEORGE STEPHENSON,

    Respondent.

Case No. 16-cv-12241
Hon. Matthew F. Leitman

_____/

## JUDGMENT

The above-entitled action came before the Court on an amended petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the Amended Petition for a writ of habeas corpus is **DENIED,** a limited Certificate of Appealability as described in the Court's Order is **GRANTED**, and leave to appeal *in forma pauperis* is **GRANTED**.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Ryan
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  September 26, 2024
Detroit, Michigan